IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

KATHERINE LEE            :
                         :
v.                       :    Civil Action WMN-01-3894
                         :
THE JOHNS HOPKINS UNIVERSITY :
APPLIED PHYSICS LABORATORY,  :
et al.                   :

## MEMORANDUM AND ORDER

Plaintiff brought this action alleging sexual discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e-2(a)(1). She named as Defendants her previous employer, the Johns Hopkins University Applied Physics Laboratory ("APL"), as well as her direct supervisor, Ronald White, and Mr. White's supervisor, Robert Burch.[1] Defendants White and Burch have moved to dismiss the claims against them. Paper No. 9. The motion is unopposed.[2] Upon review of the motion and the applicable case law, the Court determines that the motion should be granted.

The Fourth Circuit has ruled that supervisors are not liable in their individual capacities for Title VII violations. Lissau v. Southern Food Service, Inc., 159 F.3d 177, 181 (4th Cir.

---

[1] Plaintiff subsequently amended her complaint to include a claim that APL violated the Family Medical Leave Act.

[2] Because Plaintiff is proceeding pro se, the Clerk of the Court sent her a letter explaining her obligations under Federal Rules of Civil Procedure 12 and 56. Paper No. 10. Plaintiff did not oppose the instant motion, however.

1998). In so doing, the court joined the majority of circuits that have found that supervisors do not come within Title VII's definition of "employer" for purposes of liability. Id. Because Defendants White and Burch were Plaintiff's supervisors, not her employers, the claims against them must be dismissed.

Accordingly, IT IS this 3rd day of April, 2002, by the United States District Court for the District of Maryland, ORDERED:

1.  That the Motion to Dismiss filed by Defendants White and Burch (Paper No. 9) is hereby GRANTED; and

2.  That the Clerk of the Court shall mail or transmit copies of this Order to Plaintiff and all counsel of record.

William M. Nickerson
United States District Judge