# JOHNS HOPKINS
UNIVERSITY

**Applied Physics Laboratory**

11100 Johns Hopkins Road
Laurel MD 20723-6099
240-228-5000 / Washington
443-778-5000 / Baltimore

FILED
U.S. DISTRICT COURT

August 19, 2002
OOC 02-142

2002 AUG 20 P 2: 17

AT BALTIMORE

_____ DEPUTY

**VIA FACSIMILE**

The Honorable William M. Nickerson
United States District Court
for the District of Maryland
U.S. Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

      Re:    Katherine Lee v. JHU Applied Physics Laboratory,
               Civil Action No. WMN-01-CV-3894

Dear Judge Nickerson:

     Pursuant to the Court's scheduling Order, discovery in this case ends today and the following is Defendant APL's Status Report:

(a) Written discovery, with the exception of admission requests, has been completed. The Plaintiff's deposition was taken on August 14, 2002. No other depositions have been noted.
(b) No motions are currently pending before the Court.
(c) Defendant anticipates filing a dispositive summary judgment motion.
(d) Plaintiff did not pray a jury trial. This case will probably take 2-3 days for trial.
(e) Plaintiff submitted a demand letter to Defendant on August 7, 2002. Defendant is considering it and has not yet responded.
(f) Defendant believes that referral to a Magistrate Judge for settlement discussions could be very helpful. Plaintiff is proceeding Pro Se, and having a judge present might help the parties reach a settlement in this case. Defendant hereby requests that the Court refer this case to a Magistrate Judge for purposes of mediation, and that all other proceedings in the case be stayed pending the outcome of mediation, including the pretrial motions date of September 16, 2002. The Plaintiff agrees with this request.

"APPROVED" THIS 20th DAY OF August, 20 02

_____
SENIOR UNITED STATES DISTRICT JUDGE

The Honorable William M. Nickerson
August 19, 2002
Page 2

    (g)    Defendant would consent under 28 U.S.C. 636(c) to have a Magistrate Judge conduct any further proceedings in this matter.

Your attention to this matter is appreciated.

                                      Respectfully submitted,

                                      Valerie Floyd Portner
                                      Attorney, Office of Counsel

cc:  Katherine Lee, Plaintiff

THE JOHNS HOPKINS UNIVERSITY
Applied Physics Laboratory
11100 Johns Hopkins Road
Laurel, Maryland 20723-6099

OFFICE OF COUNSEL
FAX COVER SHEET

TO:     **The Honorable William M. Nickerson**

FROM:   Valerie Portner, Esq.

DATE:   8/19/02   TIME OF TRANSMISSION: 12:26 PM

SENDING FAX NUMBER:   (240) 228-5254 / (443) 778-5254

RECEIVING FAX TELEPHONE NUMBER: **410-962-2577**

FAX OPERATOR:   Liz Bunda-Lee

NUMBER OF PAGES (INCLUDING COVER SHEET): 3

COMMENTS: Re: Katherine Lee v. The Johns Hopkins University Applied Physics Laboratory et al., Civil Action No. WNM-01-CV-3894

CONFIDENTIALITY NOTICE

WARNING: THE DOCUMENTS ACCOMPANYING THIS FAX TRANSMISSION CONTAIN CONFIDENTIAL INFORMATION BELONGING TO THE SENDER WHICH IS LEGALLY PRIVILEGED. THE INFORMATION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL NAMED ABOVE. IF YOU ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISCLOSURE, COPYING, DISTRIBUTION, OR TAKING OF ACTION ON THE CONTENTS IS STRICTLY PROHIBITED. IF YOU RECEIVE THIS FAX IN ERROR, PLEASE IMMEDIATELY NOTIFY US BY TELEPHONE.
SHOULD YOU ENCOUNTER DIFFICULTY IN RECEIVING THIS DOCUMENT, PLEASE CONTACT US AT (240) 228-5637 or (443) 778-5637.